IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THOMAS ROBERT FOSTER, et al.,

    *Plaintiffs,*      Civil Action No.: 1:13-cv-003758-GLR

v.

OFFICER THOMAS E. WILSON, *et al.*,

    *Defendants.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Defendants, Detective Thomas Wilson, Detective Gregory Fisher, Sergeant Keith Gladstone, and Officer Carmine Vignola, and the Plaintiffs, Thomas Robert Foster, Thomas Darnell Foster, and Surina Foster, by their undersigned counsel, submit this Joint Status Report and state as follows:

a. Both parties do not consent to have a U.S. Magistrate Judge conduct a trial on the merits in this case.

b. Defendants do not believe early settlement/ADR conference would be helpful, but Plaintiffs would like to participate in an early settlement/ADR conference.

c. No party believes there is any electronically stored information.

d. Both parties would like to defer expert discovery until after summary judgment motions are resolved.

e. No party makes a request to modify the current scheduling order.

f. All parties estimate that roughly 30 hours of deposition time will be required for each of the sides.

g. Both parties are willing to set a trial date during the conference call.

Dated: August 20, 2014

                                                                                    /s/
Michael Marshall

                                                     /s/
Chaz Ball
Schlachman, Belsky, & Weiner, P.A.
300 East Lombard Street
Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 685-2022
Fax: (410) 783-4771
cball@sbwlaw.com
*Attorneys for Defendants*

                                                  /s/
Robert Smith, Jr., Esq.
2317 Saint Paul Street
Baltimore, MD 21202
(410) 554-9022
rlsmithesq@verizon.net
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Status Report was filed with the United States District Court for the District of Maryland by electric filing on August 20, 2014. All counsel of record are being served by the Court's electric filing system or by first-class mail, properly addressed and postage prepaid.

                                    /s/
Chaz Ball