# ATTACHMENT 1

# DISTRICT COURT OF MARYLAND FOR .................................................................................... (City / County)

| LOCATED AT (COURT ADDRESS)<br>5800 WABASH AVE, BALTIMORE MARYLAND<br>21215 UNITED STATES 410-878-8000 | DISTRICT COURT<br>CASE NUMBER | RELATED CASES: |

## COMPLAINANT

| NAME (LAST, FIRST, M.I.) | | TITLE |
|---|---|---|
| WILSON | THOMAS  E | OFC. |

| AGENCY | SUB-AGENCY | I.D. NO. (POLICE) |
|---|---|---|
| AD | 5906 | F363 |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| (410) 396-2466 | |

| ADDRESS | APT. NO. |
|---|---|
| BPD - NORTHWEST DISTRICT 5271 REISTERSTOWN Rl | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| BALTIMORE | MD | 21215 |

☐ DOMESTIC VIOLENCE    ☐ HATE CRIME
☐ VULNERABLE ADULT ABUSE    ☐ CHILD ABUSE

Page 1 of 6

## DEFENDANT

| NAME (LAST, FIRST, M.I.) | | TITLE |
|---|---|---|
| FOSTER | THOMAS | |

| MAFIS NAME (LAST, FIRST, M.I.) | TITLE |
|---|---|
| FOSTER, THOMAS | |

| I.D. NO. | RACE | SEX | HT | WT | D.O.B. (MM/DD/YY) |
|---|---|---|---|---|---|
| 2681206 | B | M | 5/10 | 145 | 08/14/1986 |

| CC/OCA | HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|---|
| | BLK | BRO | |

| DRIVER'S LICENSE # | STATE |
|---|---|

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| | (410) 542-1360 |

| ADDRESS | APT. NO. |
|---|---|
| 5611 WILVAN AVE | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| BALTIMORE | MD | 21207 |

## STATEMENT OF PROBABLE CAUSE
ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

THE DEFENDANT HAS BEEN ARRESTED UPON THE FOLLOWING INFORMATION OR OBSERVATION: (MAKE A PLAIN, CONCISE AND DEFINITIVE STATEMENT OF ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED.)

DURING THE THIRD WEEK OF MAY 2012 YOUR AFFIANT RECEIVED INFORMATION FROM A CONFIDENTIAL SOURCE KNOWN AS CS-1 WHOM ADVISED THAT A LIGHT SKINNED SLIM YOUNG BLACK MALE APPROX 20-25 YRS OLD MEDIUM COMPLEXION WHOM LIVED AT 5611 WILVAN AVE WAS STASHING ILLEGAL NARCOTICS SPECIFICALLY MARIJUANA AT HIS DWELLING WHICH HE SOLD AROUND THE IMMEDIATE AREA. CS-1 WENT ON TO ADVISE THAT THIS SUBJECT DROVE A GREEN COLORED TWO DOOR ACURA WHICH HE ALSO KEPT SUSPECTED MARIJUANA INSIDE AND THAT HE USED TO DRIVE THROUGH THIS AREA TO MAKE ILLEGAL NARCOTIC SALES. ON 5/24/12 AT APPROX 3:00 HRS YOUR AFFIANT ALONG WITH DET FISHER ENTERED A POSITION NEAR THE 5600 BLK WILVAN AVE TO MAKE OBSERVATIONS OF THIS DWELLING. AT APPROX 3:15 HRS I OBSERVED A YOUNG LIGHT SKINNED THIN BLACK MALE LATER IDENTIFIED AS THOMAS ROBERT FOSTER (8/14/86 OF THIS ADDRESS) EXITED THE FRONT DOOR OF THIS DWELLING CARRYING A BLACK DRAW STRING BAG WHICH HE ENTERED HIS VEHICLE WITH. MR. FOSTER THEN LEFT HIS BLOCK

X CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)    PROBABLE CAUSE CHARGES # _____
LACK OF PROBABLE CAUSE CHARGES # _____

STATE'S ATTORNEY

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. | | | I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT<br>☐ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT<br>☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE. | | |
|---|---|---|---|---|---|
| DATE<br>05/25/2012 | ARRESTING OFFICER  | | DATE<br>05/25/2012 | JUDICIAL OFFICER  | COMMISSIONER I.D.<br>NO. 1321 |
| AGENCY<br>AD | SUB-AGENCY<br>5906 | I.D. NO.<br>F363 | | | |

126105553781        BIN1219661BC

PC DC/CR 4 (Rev. 4/2002)



**DISTRICT COURT OF MARYLAND FOR** _____ (City/County)

LOCATED AT (COURT ADDRESS)
5800 WABASH AVE, BALTIMORE MARYLAND 21215
UNITED STATES 410-878-8000

DISTRICT COURT CASE NUMBER

| DEFENDANT'S NAME (LAST, FIRST, M.I.) | MAFIS NAME |
|---|---|
| FOSTER, THOMAS | FOSTER, THOMAS |

Page 2 of 6

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

AND DROVE AROUND TO BELLE AND PARK VIEW AVE WHERE HE PULLED UP NEXT TO A UNKNOWN BLACK MALE WEARING A WHITE T-SHIRT BLUE JEANS BRAIDED HAIR WHOM WAS STANDING ON THE CORNER. THIS UNKNOWN B-MALE BRIEFLY CONVERSED WITH MR. FOSTER THROUGH THE HIS DRIVERS SIDE OPEN WINDOW BEFORE HANDING MR. FOSTER CURRENCY BILL FORM IN EXCHANGE FOR SMALL OBJECT(S) OF SUSPECTED CDS WHICH MR. FOSTER GAVE HIM. MR. FOSTER THEN DROVE OUT OF THIS BLOCK WITH YOUR AFFIANT AND DET FISHER FOLLOWING HIM. BELIEVING THAT I HAD JUST WITNESSED A POSSIBLE NARCOTIC TRANSACTION I CONDUCTED A CAR STOP AT HADDOCK AND CADILLAC ST AT WHICH TIME MR. FOSTER BRIEFLY STOPPED. AS YOUR AFFIANT AND DET FISHER APPROACHED THE FRONT DOOR OF HIS VEHICLE, HE IMMEDIATELY PULLED OFF AT WHICH TIME WE RAN BACK TO OUR VEHICLE AND GAVE CHASE. MR. FOSTER DROVE DOWN THE 5600 BLK CADILLAC AVE AT WHICH TIME I OBSERVED HIM TOSSING A BLACK BAG OUT OF HIS DRIVER SIDE WINDOW ONTO THE HOOD OF A PARKED VEHICLE. YOUR AFFIANT AND DET FISHER CONTINUED TO CHASE MR. FOSTER TO A DEAD END ON BELLE AVE AT SETON PARK APARTMENTS WHERE HE BAILED OUT OF HIS VEHICLE AND FLED ON FOOT. YOUR AFFIANT AND DET FISHER CAUGHT HIM AFTER A BRIEF FOOT CHASE AT WHICH TIME I IMMEDIATELY RESPONDED BACK TO THE 5600 BLOCK OF CADILLAC AVE WHERE I RETRIEVED THE BLACK BAG THAT MR. FOSTER THREW (CONT APPROX ¼ POUND OF SUSPECTED MARIJUANA VALUED AT $250, A MEASURING SCALE AND CDS PACKAGING MATERIAL) FROM OFF THE TOP OF A PARKED VEHICLE IN FRONT OF THE ADDRESS OF 5613

☒ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

**STATE'S ATTORNEY**

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. |||
|---|---|---|
| DATE 05/25/2012 | ARRESTING OFFICER ||
| AGENCY AD | SUB-AGENCY 5906 | I.D. NO. F363 |


126105553781


BIN1219661BC

DC/CR 4A (Rev. 4/2002)



**DISTRICT COURT OF MARYLAND FOR** _____ (City/County)

LOCATED AT (COURT ADDRESS)
5800 WABASH AVE, BALTIMORE MARYLAND 21215
UNITED STATES 410-878-8000

DISTRICT COURT CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)
FOSTER, THOMAS

MAFIS NAME
FOSTER, THOMAS

Page 3 of 6

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

CADILLAC AVE. UPON RESPONDING BACK TO DET FISHER AND SUSPECT FOSTER¿ S LOCATION I WAS INFORMED THAT DET FISHER LOCATED AND SEIZED A CLEAR PLASTIC BAG CONT SUSPECTED MARIJUANA WHICH WAS LAYING PLAIN VIEW IN THE CENTER CONSOLE OF MR. FOSTER¿ S VEHICLE. DURING THIS TIME MR. FOSTER WAS YELLING OUT TO BY STANDERS ¿GO TELL MY PEOPLE¿S THAT POLICE GOT ME¿. KNOWING THAT MR. FOSTER LIVES AROUND THE CORNER FROM THE LOCATION WE WERE AT AND BELIEVING THAT IF WORD GOT BACK TO HIS HOME THAT ANY ADDITIONAL ILLEGAL NARCOTICS AND OR CONTRABAND MIGHT BE MOVED, YOUR AFFIANT DET FISHER RESPONDED TO 5611 WILVAN AVE AND SECURED THIS DWELLING FOR PURPOSES OF A SEARCH WARRANT. UPON SECURING THIS DWELLING WE LOCATED A UNATTENDED 2 YEAR OLD MALE HOME ALONE BELIEVED TO BE THE SON OF MR. THOMAS FOSTER. THIS DETECTIVE RESPONDED AND AUTHORED A SEARCH WARRANT FO THIS DWELLING WHICH WAS SIGNED BY HONORABLE JUDGE REED OF BALTIMORE CITY CIRCUIT COURT ON 5/24/12 AT APPROX 5:35 HRS. UPON RETURNING BACK TO 5611 WILVAN AVE I MET WITH SGT K.G LADS TONE AND HIS DETECTIVES AT WHICH TIME WE EXECUTED THIS WARRANT. NUMEROUS PHOTOS WERE TAKEN OF THIS DWELLING BEFORE BEGINNING A THOROUGH SEARCH. UPON SEARCHING DEF THOMAS FOSTER'S MIDDLE BEDROOM DET FISHER LOCATED A BLUE COOLER ON THE FLOOR BESIDE DEF FOSTER'S BED WHICH CONT THREE LARGE ZIPLOCKS CONT SUSPECTED MARIJUANA APPROX 70 GRAMS EACH VALUED AT APPROX $250 EACH BAG , 1 CLEAR PLASTIC BAG CONT SUSPECTED MARIJUANA APPROX 70 GRAMS VALUED AT APPRX

☒ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

**STATE'S ATTORNEY**

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
|---|---|
| 05/25/2012 | |

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| AD | 5906 | F363 |


126105553781


BIN1219661BC

DC/CR 4A (Rev. 4/2002)

Local Incident #: 126E11822    Print Date:05/25/2012 08:25



## DISTRICT COURT OF MARYLAND FOR _____ (City/County)

| LOCATED AT (COURT ADDRESS) 5800 WABASH AVE, BALTIMORE MARYLAND 21215 UNITED STATES 410-878-8000 | DISTRICT COURT CASE NUMBER |
|---|---|
| DEFENDANT'S NAME (LAST, FIRST, M.I.) FOSTER, THOMAS | MAFIS NAME FOSTER, THOMAS |

Page 4 of 6

### STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

$250. A MEASURING SCALE WITH SUSPECTED MARIJUANA RESIDUE. LOCATED ON FLOOR BESIDE THE BED WAS A CLEAR LARGE PLASTIC CONTAINER WITH SUSPECTED MARIJUANA RESIDUE AS WELL AS ANOTHER MEASURING SCALE WITH SUSPECTED MARIJUANA RESIDUE ON SAME AND MAIL IN THE NAME OF DEF THOMAS FOSTER. RECOVERED FROM THE CLOSET IN THIS SAME ROOM DET FISHER LOCATED/RECOVERED A 22 CAL. REVOLVER SERIAL # 291404 WITH WHITE HANDLE LOADED WITH 1 LIVE 22 CAL. ROUND AND A 40 CAL. BERRETTA SEMI AUTO HANDGUN SERIAL# 005351MC MODEL COUGAR-F FORM HAVING A MAGAZINE CONT 11 LIVE 40 CAL ROUNDS OFF OF THE SHELF IN THIS CLOSET, RECOVERED FROM UNDER A SMALL LAZY BOY COUCH IN THIS SAME ROOM WAS A CLEAR PLASTIC BAG CONT PURPLE TOP GLASS JUGS WHICH ARE COMMONLY USED TO PACKAGE MARIJUANA, RECOVERED FROM OFF THE TOP OF A NIGHT STAND IN THIS ROOM WAS A CAN CONT NUMEROUS 22 CAL LIVE ROUNDS, RECOVERED FROM INSIDE A SMALL BLACK METAL SAFE WHICH WAS ATTACHED TO DEF THOMAS FOSTER'S BED WAS $920.00. ALL PROPERTY WAS SUBMITTED TO ECU AND ALL EVENTS OCCURRED IN BALTO. CITY. COPY OF THIS WARRANT WAS LEFT INSIDE THIS DWELLING. THE CHILD FOUND IN THE DWELLING IDENTIFIED AS KAMARI JEFFERSON WAS RELEASED TO HIS MOTHER SADE WINGATE. COPY OF WARRANT WAS FAXED TO ASA AT CBIF 410-545-8288. AS A 18+YR MEMBER OF THE BPD I HAVE RECEIVED APPROX 177 HRS SPECIALIZED TRAINING IN CDS RESULTING IN THE PARTICIPATION IN OVER 2000 ARRESTS FOR CDS VIOLATIONS.

☒ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

### STATE'S ATTORNEY

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. |||
|---|---|---|
| DATE 05/25/2012 | ARRESTING OFFICER ||
| AGENCY AD | SUB-AGENCY 5906 | I.D. NO. F363 |


126105553781


BIN1219661BC

DC/CR 4A (Rev. 4/2002)

Local Incident #: 126E11822          Print Date:05/25/2012 08:25

## DISTRICT COURT OF MARYLAND FOR _____ (City/County)



| LOCATED AT (COURT ADDRESS)<br>5800 WABASH AVE, BALTIMORE MARYLAND 21215<br>UNITED STATES 410-878-8000 | DISTRICT COURT CASE NUMBER |
|---|---|

| DEFENDANT'S NAME (LAST, FIRST, M.I.)<br>FOSTER, THOMAS | MAFIS NAME<br>FOSTER, THOMAS |
|---|---|

Page 5 of 6

### STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

THE CDS PACKAGING THAT WAS FOUND IN THE BLACK BAG THAT DEF THOMAS FOSTER THREW WAS BOXES OF CLEAR SANDWICH BAGS. ALL PROPERTY WAS SUBMITTED TO ECU BY DET VIGNOLA.

☒ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

**STATE'S ATTORNEY**

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. |||
|---|---|---|
| DATE<br>05/25/2012 | ARRESTING OFFICER ||
| AGENCY<br>AD | SUB-AGENCY<br>5906 | I.D. NO.<br>F363 |



126105553781   BIN1219661BC

DC/CR 4A (Rev. 4/2002)

Local Incident #: 126E11822                               Print Date:05/25/2012 08:25



**DISTRICT COURT OF MARYLAND FOR** _____ (City/County)

LOCATED AT (COURT ADDRESS)
5800 WABASH AVE, BALTIMORE MARYLAND 21215
UNITED STATES 410-878-8000

DC Case No: 3B02173881

DEFENDANT'S NAME (LAST, FIRST, M.I.)
FOSTER, THOMAS

MAFIS NAME
FOSTER, THOMAS

Page 6 of 6

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

THE CDS PACKAGING THAT WAS FOUND IN THE BLACK BAG THAT DEF THOMAS FOSTER THREW WAS BOXES OF CLEAR SANDWICH BAGS. ALL PROPERTY WAS SUBMITTED TO ECU BY DET VIGNOLA.

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

**STATE'S ATTORNEY**

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER | |
|---|---|---|
| 05/25/2012 | | |
| AGENCY | SUB-AGENCY | I.D. NO. |
| AD | 5906 | F363 |



126105553781      BIN1219661BC                    DC/CR 4A (Rev. 4/2002)

*REQUEST FOR WITNESS SUMMONS*

05/25/2012 8:25 AM EDT

TO THE DISTRICT COURT:

PLEASE SUMMONS THE FOLLOWING WITNESSES IN THE CASE OF: **126 105 553 781**

DEFENDANTS NAME:   **FOSTER, THOMAS**
CENTRAL COMPLAINT NUMBER:   126E11822

---

NAME:   GLADSTONE OFC., KEITH (SEQ/ID NUM: E987) (OBSERVING OFFICER)
ADDRESS:   BPD - NORTHWEST DISTRICT 5271 REISTERSTOWN RD
CITY, STATE, ZIP: BALTIMORE, MARYLAND 21215
WORK PHONE:   410-396-2466
HOME PHONE:

---

NAME:   VIGNOLA OFC., CARMINE (SEQ/ID NUM: I296) (SUBMITTING OFFICER)
ADDRESS:   BPD - NORTHWEST DISTRICT 5271 REISTERSTOWN RD
CITY, STATE, ZIP: BALTIMORE, MARYLAND 21215
WORK PHONE:   410-396-2466
HOME PHONE:

---

NAME:   FISHER OFC., GREGORY (SEQ/ID NUM: H560) (RECOVERING OFFICER)
ADDRESS:   BPD - ORGANIZED CRIME DIVISION 601 E FAYETTE ST
CITY, STATE, ZIP: BALTIMORE, MARYLAND 21202
WORK PHONE:   410-396-2626
HOME PHONE:

---

NAME:   WILSON OFC., THOMAS (SEQ/ID NUM: F363) (COMPLAINANT)
ADDRESS:   BPD - NORTHWEST DISTRICT 5271 REISTERSTOWN RD
CITY, STATE, ZIP: BALTIMORE, MARYLAND 21215
WORK PHONE:   410-396-2466
HOME PHONE:

---

REQUESTED BY:  COX, LEONDRIA

**STATE'S ATTORNEY**

Page 1 of 1